# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
NACHTRIEB, JOHN § Case No. 11-18995
NACHTRIEB, BEVERLY §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/19/2012 in Courtroom 250,

United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
NACHTRIEB, JOHN § Case No. 11-18995
NACHTRIEB, BEVERLY §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 52,390.29 |
| and approved disbursements of | $ | 377.95 |
| leaving a balance on hand of[1] | $ | 52,012.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 5,665.55 | $ 0.00 | $ 5,665.55 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 2,725.00 | $ 0.00 | $ 2,725.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,390.55 |
| Remaining Balance | | $ | 43,621.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,387.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $ 7,053.46 | $ 0.00 | $ 7,053.46 |
| 2 | Capital One Bank (USA), N.A. | $ 7,523.22 | $ 0.00 | $ 7,523.22 |
| 3 | Capital One Bank (USA), N.A. | $ 19,442.66 | $ 0.00 | $ 19,442.66 |
| 4 | Capital One Bank (USA), N.A. | $ 5,905.06 | $ 0.00 | $ 5,905.06 |
| 5 | Capital One, N.A | $ 462.61 | $ 0.00 | $ 462.61 |
| | Total to be paid to timely general unsecured creditors | | $ | 40,387.01 |
| | Remaining Balance | | $ | 3,234.78 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,234.78 .

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 11-18995-MB
John Nachtrieb                                                      Chapter 7
Beverly Nachtrieb
       Debtors
                                CERTIFICATE OF NOTICE
District/off: 0752-1           User: lhuley              Page 1 of 2           Date Rcvd: Mar 27, 2012
                               Form ID: pdf006           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2012.
db          #+John Nachtrieb,   20 West Downer Place,   Aurora, IL 60506-5135
jdb          +Beverly Nachtrieb,   20 West Downer Place,   Aurora, IL 60506-5135
17813999     +American Chartered Bank,   c/o Fuchs & Roselli LTD,   440 West Randolph Street,   Suite 500,
               Chicago, IL 60606-1554
17227250     +American Chartered Bank,   650 East Algonquin Road,   Schaumburg, IL 60173-3846
17227251    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA  23285)
17227253     +CITEC,   PO Box 550599,   Jacksonville, IL 32255-0599
17227252     +Cap One,   Pob 30281,   Salt Lake City, UT 84130-0281
17564200     +Capital One,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
17227255     +Home Plumbing,   225 W. St. Charles,   Villa Park, IL 60181-2402
17227256     +Hsbc/carsn,   Po Box 15521,   Wilmington, DE 19850-5521
17227249     +Law Offices of James M Kelly,   119 N Northwest Highway,   Palatine, IL 60067-5324
17227258      Loss Mitigation Services,   925 S. Hwt 19 & 24,   Paris, TX  75462
17227248     +Nachtrieb Beverly,   20 West Downer,   Aurora, IL 60506-5135
17227247    #+Nachtrieb John,   20 West Downer,   Aurora, IL 60506-5135
17227260     +Northwest Collectors (original Cred,   3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3126
17227261     +Small Business Association,   2921 Greenbriar Drive, Suite C,   Springfield, IL 62704-6440
17227262     +Thomas Net,   5 Penn Plaza,   New York, NY 10001-1860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17537877      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2012 02:39:58      Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,   PO Box 248839,   Oklahoma City, OK  73124-8839
17227254      E-mail/Text: collector@dupageco.org Mar 28 2012 02:49:54      DuPage County Treasurer,
               421 N. County Farm Rd., 1st FL South,   Wheaton, IL  60187
17227257     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 28 2012 02:03:29      Kohls/chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17227259     +E-mail/Text: bankrup@nicor.com Mar 28 2012 02:02:10      Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2012**                     **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Mar 27, 2012
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2012 at the address(es) listed below:

```
              J. Matthew Pfeiffer    on behalf of Creditor   American Chartered Bank mpfeiffer@frltd.com
              James M Kelly    on behalf of Debtor John Nachtrieb jkellylaw94@yahoo.com
              Leah  Wardak    on behalf of Creditor   American Chartered Bank lwardak@frltd.com
              Michele M Springer     on behalf of Trustee Thomas Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer     on behalf of Trustee Thomas Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 7
```