UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| NACHTRIEB, JOHN | § | Case No. 11-18995 |
| NACHTRIEB, BEVERLY | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John and Beverly Nachtrieb |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | American Chartered Bank |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage County Treasurer 421 N. County Farm Rd., 1st FL South Wheaton, IL  60187 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA  23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA  23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA  23285 | | | | | |
| | Cap One Pob 30281 Salt Lake City, UT  84130 | | | | | |
| | Home Plumbing 225 W. St. Charles Villa Park, IL  60181 | | | | | |
| | Hsbc/carsn Po Box 15521 Wilmington, DE  19805 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Integra Tech International 1125 E. St. Charles Lombard, IL | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI  53051 | | | | | |
| | Loss Mitigation Services 925 S. Hwt 19 & 24 Paris, TX 75462 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL  60563 | | | | | |
| | Northwest Collectors (original Cred 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | | | | |
| | Thomas Net 5 Penn Plaza New York, NY  10001 | | | | | |
| | Thomas Net 5 Penn Plaza New York, NY  10001 | | | | | |
| | Uncommon USA 1125 E. St. Charles Lombard, IL | | | | | |
| | Unknown (original Creditor:unknown) | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | | | | | |
| 2 | Capital One Bank (Usa), N.A. | | | | | |
| 3 | Capital One Bank (Usa), N.A. | | | | | |
| 4 | Capital One Bank (Usa), N.A. | | | | | |
| 5 | Capital One,n.A | | | | | |
| | Capital One Bank (Usa), N.A. | | | | | |
| | Capital One Bank (Usa), N.A. | | | | | |
| | Capital One Bank (Usa), N.A. | | | | | |
| | Capital One Bank (Usa), N.A. | | | | | |
| | Capital One,n.A | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-18995 MB Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | NACHTRIEB, JOHN | Date Filed (f) or Converted (c): | 05/03/11 (f) |
| | NACHTRIEB, BEVERLY | 341(a) Meeting Date: | 06/14/11 |
| For Period Ending: | 11/02/12 | Claims Bar Date: | 09/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1125 E. St. Charles Road, Lombard, IL | 750,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 200.00 | 0.00 | | 0.00 | FA |
|    Cash expended | | | | | |
| 3. CD | 52,348.72 | 52,348.72 | | 52,387.37 | FA |
| 4. checking | 9,211.00 | 0.00 | | 0.00 | FA |
|    Non-exempt funds ($1,211) expended by debtors | | | | | |
| 5. checking | 870.68 | 870.68 | | 0.00 | FA |
| 6. money market | 51.49 | 0.00 | | 0.00 | FA |
| 7. Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
|    Sale of household goods exceeds fair market value | | | | | |
| 8. Artwork - photographic equipment | 3,000.00 | 0.00 | | 0.00 | FA |
|    Trustee investigated value of artwork/photographic equipment and received detailed list. Debtors scheduled value of goods is inflated and sale of goods exceeds fair market value. | | | | | |
| 9. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Foundation Retirement | 20,039.59 | 0.00 | | 0.00 | FA |
| 11. SEP IRA | 279,093.13 | 0.00 | | 0.00 | FA |
| 12. SEP IRA | 60,317.09 | 0.00 | | 0.00 | FA |
| 13. Simple IRA (American Funds) | 1,884.06 | 0.00 | | 0.00 | FA |
| 14. Royalty from book per year | 300.00 | 0.00 | | 0.00 | FA |
| 15. 1998 Ford F-150 XL | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. 2002 Honda Accord (101,000 miles) | 1,500.00 | 0.00 | | 0.00 | FA |
| 17. 2006 Ford Taurus (91,000 miles) | 2,000.00 | 0.00 | | 0.00 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.63 | FA |

Gross Value of Remaining Assets

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-18995 | MB | Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | NACHTRIEB, JOHN | | | Date Filed (f) or Converted (c): | 05/03/11 (f) |
| | NACHTRIEB, BEVERLY | | | 341(a) Meeting Date: | 06/14/11 |
| | | | | Claims Bar Date: | 09/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,185,815.76 | $53,219.40 | | $52,391.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to value secured claim of American Chartered Bank filed and continued to 1/5/12 at request of American Chartered Bank. After claim is resolved, Trustee will be ready to file the Final Report.

Initial Projected Date of Final Report (TFR): 03/15/12        Current Projected Date of Final Report (TFR): 03/15/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-18995 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NACHTRIEB, JOHN | | Bank Name: | BANK OF AMERICA |
| | NACHTRIEB, BEVERLY | | Account Number / CD #: | *******0986 MONEY MARKET |
| Taxpayer ID No: | *******0249 | | | |
| For Period Ending: | 11/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/11 | 3 | First National Bank<br>620 W. Brlington Ave.<br>LaGrange, IL 60525 | Turnover of CD funds | 1129-000 | 52,387.37 | | 52,387.37 |
| 08/31/11 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.32 | | 52,387.69 |
| 09/30/11 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.43 | | 52,388.12 |
| 10/31/11 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.44 | | 52,388.56 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 66.74 | 52,321.82 |
| 11/30/11 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.43 | | 52,322.25 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 64.51 | 52,257.74 |
| 12/30/11 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.44 | | 52,258.18 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 64.43 | 52,193.75 |
| 01/31/12 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.45 | | 52,194.20 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 68.45 | 52,125.75 |
| 02/15/12 | 000100 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 | | 51.87 | 52,073.88 |
| 02/29/12 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.41 | | 52,074.29 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 61.95 | 52,012.34 |
| 03/30/12 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.44 | | 52,012.78 |
| 04/20/12 | 18 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 52,013.05 |
| 04/20/12 | | Transfer to Acct #*******1880 | Final Posting Transfer | 9999-000 | | 52,013.05 | 0.00 |

Page Subtotals    52,391.00    52,391.00

Ver: 17.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-18995 -MB |
| Case Name: | NACHTRIEB, JOHN |
| | NACHTRIEB, BEVERLY |
| Taxpayer ID No: | *******0249 |
| For Period Ending: | 11/02/12 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0986  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 52,391.00 | 52,391.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 52,013.05 | |
| | | | Subtotal | | 52,391.00 | 377.95 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 52,391.00 | 377.95 | |

Page Subtotals        0.00        0.00

Ver: 17.00a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-18995 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NACHTRIEB, JOHN | | Bank Name: | BANK OF AMERICA |
| | NACHTRIEB, BEVERLY | | Account Number / CD #: | *******1880  GENERAL CHECKING |
| Taxpayer ID No: | *******0249 | | | |
| For Period Ending: | 11/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/12 | | Transfer from Acct #*******0986 | Transfer In From MMA Account | 9999-000 | 52,013.05 | | 52,013.05 |
| 04/24/12 | 001000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Chapter 7 Compensation/Fees | 2100-000 | | 5,665.55 | 46,347.50 |
| 04/24/12 | 001001 | Thomas E. Springer<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,725.00 | 43,622.50 |
| 04/24/12 | 001002 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 1, Payment 100.00170% | | | 7,053.58 | 36,568.92 |
| | | | Claim         7,053.46 | 7100-900 | | | |
| | | | Interest         0.12 | 7990-000 | | | |
| 04/24/12 | 001003 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 2, Payment 100.00173% | | | 7,523.35 | 29,045.57 |
| | | | Claim         7,523.22 | 7100-900 | | | |
| | | | Interest         0.13 | 7990-000 | | | |
| 04/24/12 | 001004 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 3, Payment 100.00175% | | | 19,443.00 | 9,602.57 |
| | | | Claim        19,442.66 | 7100-900 | | | |
| | | | Interest         0.34 | 7990-000 | | | |
| 04/24/12 | 001005 | Capital One Bank (USA), N.A. | Claim 4, Payment 100.00169% | | | 5,905.16 | 3,697.41 |

Page Subtotals          52,013.05         48,315.64

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-18995 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | NACHTRIEB, JOHN | | Bank Name: | BANK OF AMERICA |
| | NACHTRIEB, BEVERLY | | Account Number / CD #: | *******1880 GENERAL CHECKING |
| Taxpayer ID No: | *******0249 | | | |
| For Period Ending: | 11/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/24/12 | 001006 | by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim       5,905.06<br>Interest          0.10<br>Claim 5, Payment 100.00432% | 7100-900<br>7990-000 | | 462.63 | 3,234.78 |
| | | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | | | | | |
| 04/24/12 | 001007 | John and Beverly Nachtrieb<br>505 N. VanNortwick<br>Batavia, IL  60510 | Claim        462.61<br>Interest          0.02<br>Surplus Funds | 7100-900<br>7990-000<br>8200-002 | | 3,234.78 | 0.00 |

|   |   |
| --- | --- |
| COLUMN TOTALS | 52,013.05    52,013.05    0.00 |
| Less:  Bank Transfers/CD's | 52,013.05    0.00 |
| Subtotal | 0.00    52,013.05 |
| Less:  Payments to Debtors | 3,234.78 |
| Net | 0.00    48,778.27 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| MONEY MARKET - ********0986 | 52,391.00 | 377.95 | 0.00 |
| GENERAL CHECKING - ********1880 | 0.00 | 48,778.27 | 0.00 |
| | 52,391.00 | 49,156.22 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          3,697.41

Ver: 17.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| | |
|---|---|
| Case No: | 11-18995 -MB |
| Case Name: | NACHTRIEB, JOHN |
| | NACHTRIEB, BEVERLY |
| Taxpayer ID No: | *******0249 |
| For Period Ending: | 11/02/12 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1880  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********0986 | | | | |
| | | | GENERAL CHECKING - ********1880 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Page Subtotals | | 0.00 | 0.00 |

Ver: 17.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*